# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| NAPERVILLE SMART METER AWARENESS, an Illinois not-for-profit corporation, MARGARET MARY WOOD, SCOTT J. DERENGOWSKI, KIMBERLEY WELLS HAMILTON, JO MALIK, JENNIFER STAHL, TOM GLASS, KIM BENDIS, GLENN A. MENDOZA, and AMANDA RYKOV, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF NAPERVILLE, <br><br>Defendant. | Case No. 11-cv-9299 <br><br>Honorable Edmond E. Chang |

To: Margo Ely
400 S. Eagle St.
Naperville, IL 60540
ElyM@naperville.il.us

Kristen June Foley
400 S. Eagle St.
Naperville, IL 60540
FoleyK@naperville.il.us

**PLEASE TAKE NOTICE** that on **April 19, 2012** at **8:30 AM** or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Edmond E. Chang, in **Courtroom 1403**, or any judge sitting in his stead at the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois to present Plaintiffs' Motion for Preliminary Injunction pursuant to Fed. R. Civ. P. 65 and Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction. This Notice of Motion, Motion for Preliminary Injunction, and Memorandum in Support are hereby served upon you.

Respectfully submitted,

By: s/ Doug E. Ibendahl
Doug E. Ibendahl, ARDC No.: 6229474
165 N. Canal Street, Suite 1215
Chicago, Illinois 60606-1404
Tel: 312-648-0061
Email: dibendahl@mail.com
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2012, I caused to be electronically filed a true and correct copy of Plaintiffs' Notice of Motion, Plaintiffs' Motion for Preliminary Injunction, and Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction with the Clerk of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, using CM/ECF, which will send electronic notification of such filing to the following:

Margo Ely
City of Naperville
400 S. Eagle Street
Naperville, Illinois 60540
ElyM@naperville.il.us

Kristen June Foley
City of Naperville
400 S. Eagle Street
Naperville, Illinois 60540
FoleyK@naperville.il.us

By: s/ Doug E. Ibendahl
Doug E. Ibendahl, ARDC No.: 6229474
165 N. Canal Street, Suite 1215
Chicago, Illinois 60606-1404
Tel: 312-648-0061
Email: dibendahl@mail.com
ATTORNEY FOR PLAINTIFFS